AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

**FILED**

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2018 MAY 16 A 10: 58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MAERSK LINE LIMITED,<br>*Plaintiff*<br>v.<br>NATIONAL AIR CARGO GROUP, INC.,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 16 Civ. 6272 (KGF)<br>)<br>) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/05/2017__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: May 3, 2018

CLERK OF COURT

_K Margo_
Signature of ~~Clerk or~~ Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

MAERSK LINE LIMITED,
       Plaintiff,

   -v-

NATIONAL AIR CARGO GROUP, INC.,
       Defendant.
---------------------------------------------------------------X

16 CIVIL 6272 (KPF)

**JUDGMENT**

  Before the Court is an unopposed motion for summary judgment to confirm a contract arbitration award, and the matter having been brought before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on October 4, 2017, having issued its Opinion and Order granting the motion in part, with modifications made to the arbitral award's calculation of post-judgment interest. The panel issued a final award in favor of Maersk, including the principal debt of $777,655.15, pre-award interest of $128,281.14, arbitrator compensation and expenses of $2,020.00. The award totals $907,956.29, plus 9% interest from June 2, 2017, in the amount of $27,984.95, for a total sum of $935,941.24, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and directing the Clerk of Court to close this case, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 5, 2017, the motion is granted in part, with modifications made to the arbitral award's calculation of post-judgment interest. The panel issued a final award in favor of Maersk, including the principal debt of $777,655.15, pre-award interest of $128,281.14, arbitrator compensation and expenses of $2,020.00. The award totals $907,956.29, plus 9% interest from June 2, 2017, in the amount of $27,984.95, for a total sum of $935,941.24, plus post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

Dated:  New York, New York
    October 5, 2017

              RUBY J. KRAJICK
              Clerk of Court

CERTIFIED AS A TRUE COPY ON
THIS DATE __5/3/18__

BY: _K. Mango_
   Deputy Clerk

BY __K. Mango__
  ( ) Clerk
  (✓) Deputy